IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AMIR FATIR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 18-1549-CFC-EGT |
| | ) | |
| CASEY PHELPS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

At Wilmington on this 3rd day of August in 2026, having considered the Report and Recommendation by United States Magistrate Judge Eleanor G. Tennyson filed on August 6, 2026 (D.I. 252), and Plaintiff's Objections (D.I. 253);

It is HEREBY ORDERED that:

1. Plaintiff's Objections (D.I. 253) are **OVERRULED** and the Magistrate Judge's Report and Recommendation (D.I. 252) is **ADOPTED**.

2. The motion of Defendants Casey Phelps and Jason Rash ("State Defendants") for summary judgment (D.I. 236) is **GRANTED**.

3. Judgment is entered in favor of State Defendants and against Plaintiff.

[signature]
Chief Judge